**Appeal Ordered Withdrawn and Opinion issued June 3, 1999**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-98-01925-CR

**LOUIS GENE CLARK, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

On Appeal from the 15th District Court
Grayson County, Texas
Trial Court Cause No. 045453

# OPINION PER CURIAM

Before Chief Justice Thomas and Justices Kinkeade and O'Neill

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion and **ORDERS** the appeal withdrawn and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

Case Number: 05-98-01925-CR   Date Filed: 11/16/1998

Style: Clark, Lewis Gene Jr.
v.
The State of Texas

Trial Judge:
Trial Court Reporter:
Trial Court:            15TH DISTRICT COURT  Trial County:    GRAYSON

---

APP   Jonathan Kamras
ATT 011090200
Law Office of Johnny Brown
222 S. Elm
Sherman, TX 75090
Phone 903/870-0022
Fax 903/892-0599

CLK   District Clerk
DCK 000000015
15th District Court
200 S. Crockett
Sherman, TX 75090

JDG   Judge
JDG 000000015
15th Judicial District Court
Grayson County Justice Center
200 S. Crockett, Suite 116
Sherman, TX 75090
Phone 903/813-4361
Fax

STA   Thomas H. Fowler
ATT 010586000
Assistant County Attorney
Grayson County Justice Center
200 South Crockett, Suite 116A
Sherman, TX 75090
Phone 903/813-4361

05-98-1925-CR

Author of opinion Chief Justice Thomas

Trial Court Judge

Rehear denied_____

**\*\*THIS OPINION IS RELEASED FOR PUBLICATION   YES /   NO**